| | |
|---|---|
| **WAYNE RESPER,**<br><br>    Plaintiff,<br><br>    v.<br><br>**CORIZON HEALTH, INC.** *et al.*<br><br>    Defendants. | **IN THE**<br><br>**CIRCUIT COURT**<br><br>**FOR**<br><br>**ALLEGANY COUNTY**<br><br>Case No.: **C-01-CV-21-000274** |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendants Corizon Health, Inc., Holly Hoover, NP, Susan Pryor, RN, Janice Robinson, RN, Brittany Hamlett, and William Beeman, RN, through undersigned counsel and pursuant to 28 U.S.C. § 1446(d), hereby give notice to Wayne Resper, and to the Circuit Court for Allegany County, Maryland, that they have filed a Notice of Removal of the above-captioned matter in the United States District Court for the District of Maryland. The docket does not reflect any other named defendants. A copy of all the materials filed in the United States District Court for the District of Maryland are attached to this Notice. The Circuit Court for Allegany County, Maryland should take no further action unless and until the case is remanded.

Respectfully submitted, this 14th day of February 2022.

        **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

        By: */s/ Megan T. Mantzavinos*
        Megan T. Mantzavinos (AIS #050111001)
        mmantzavinos@moodklaw.com
        600 Baltimore Avenue, #305
        Towson, Maryland 21204
        (410) 339-6880
        (410) 339-6881 (Fax)
        *Attorney for Corizon Health, Inc., Holly Hoover, NP, Susan Pryor, RN, Janice Robinson, RN, Brittany Hamlett, and William Beeman, RN*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of February 2022, a copy of the foregoing document was electronically transmitted to this court and mailed first class, postage pre-paid to:

Wayne Resper, #274319
North Branch Correctional Institution
14100 McMullen Highway, South West
Cumberland, MD  21502
*Pro Se Plaintiff*

                                  */s/ Megan T. Mantzavinos*
                                  Megan T. Mantzavinos